UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPX Corporation,
a Delaware Corporation

Case No. 00-CV-369 (ADM/AJB)

Plaintiff,

**STIPULATION AND ORDER**

vs.

Daniel Fitzsimmons and
FieldWorks, Incorporated,

Defendants.

It is hereby agreed to by all parties and in consideration for the dismissal with prejudice of the above captioned lawsuit by all parties, Defendants FieldWorks, Incorporated ("FieldWorks") and Daniel Fitzsimmons ("Fitzsimmons"), will agree to undertake the following actions to protect Plaintiff SPX Corporation's ("SPX") confidential and proprietary information.

Employees or representatives of FieldWorks will not solicit or receive from Fitzsimmons any "SPX information" that Fitzsimmons may have obtained while in SPX's employ. "SPX information" is defined as SPX's product designs, manufacturing processes or costs, market studies, plans or strategies, and business or relationships with its automotive and non-automotive (e.g., agricultural, truck, recreational, military and marine) vehicle customers. "SPX information" is confidential and proprietary and, therefore, inappropriate for disclosure. The parties agree that:

MAY 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. FieldWorks has confirmed by written memorandum to Fitzsimmons, a copy of which is attached, that he is prohibited from disclosing to FieldWorks employees and/or agents any proprietary or confidential information, including but not limited to "SPX information" as defined above.

2. FieldWorks will issue a written memorandum to FieldWorks' senior management, engineering management, and employees reporting to Fitzsimmons, a copy of which is attached, informing them that they are not to solicit or obtain from Fitzsimmons any SPX confidential or proprietary information including, but not limited to, "SPX information" as defined above.

3. In the memorandum identified in paragraph 2, FieldWorks has identified Fitzsimmons' supervisor as the individual responsible for compliance with the above directives and has advised those notified employees that they are to report to Fitzsimmons' supervisor any conversations or discussions of confidential or proprietary information, including but not limited to, "SPX information" as defined above, or any other violation of the foregoing prohibitions of which they become aware.

4. Attached as Exhibits 1 and 2 are the memoranda identified in paragraphs 1 and 2 respectively.

5. In the event FieldWorks discovers any disclosure of information referenced above, it will promptly inform SPX, in writing, of the disclosure and remedy instituted by

notifying Fabrizio Rasetti, Vice President and General Counsel, Service Solutions, SPX Corporation, 28635 Mound Rd., Warren, MI 48092.

All parties hereto, by and through their counsel, hereby stipulate and agree to the mutual dismissal and release of any and all claims that have been, or could have been, asserted in this litigation, including any and all potential claims by Fitzsimmons against FieldWorks, without costs, fees or other awards to any party.

Dated: May 30, 2000

Felhaber, Larson, Fenlon & Vogt, P.A.

By [signature]
Karen G. Schanfield, #96350
Sara Gullickson McGrane, #233213
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402
612/339-6321
ATTORNEYS FOR PLAINTIFF

Dated: May 30, 2000

Dorsey & Whitney LLP

By [signature]
J Jackson, #49219
Todd W. Schnell, #252256
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: 612/340-2760
ATTORNEYS FOR DEFENDANT FIELDWORKS, INCORPORATED

Dated: May __, 2000

Mary G. Dobbins & Associates

By ______________________
Mary G. Dobbins, #14857
7400 Metro Boulevard, Suite 100
Edina, MN 55439
952/893-2925
ATTORNEYS FOR DEFENDANT
DANIEL FITZSIMMONS

**ORDER**

In accordance with the foregoing stipulation of the parties, the undersigned hereby orders that this action is hereby dismissed with prejudice and on the merits, without costs to any party.

Dated: May 31, 2000

BY THE COURT:

By [signature]
The Honorable Ann D. Montgomery
United States District Court

**DANIEL FITZSIMMONS'S**
**ACKNOWLEDGMENT OF POLICIES OF**
**FIELDWORKS, INCORPORATED**

**FieldWorks, Incorporated has the following policies regarding the actions of new employees as they particularly relate to Daniel Fitzsimmons:**

- FieldWorks, Incorporated does not accept receipt of or condone the use of trade secrets and other confidential information, if any, owned by others and not licensed to FieldWorks, Incorporated.
- FieldWorks, Incorporated does not encourage or condone an employee's noncompliance with enforceable, pre-existing contractual obligations, including covenants not to compete and confidentiality obligations.

To ensure compliance with these polices, FieldWorks, Incorporated requires all new employees, and in particular Daniel Fitzsimmons, to represent and acknowledge the following:

**I hereby represent and acknowledge**

1. Throughout the period leading to my employment with FieldWorks, Incorporated, I have not possessed or disclosed to any officer, employee or agent of FieldWorks, Incorporated trade secrets and other confidential information owned by others and not licensed to FieldWorks, Incorporated.

2. During the term of my employment with FieldWorks, Incorporated, I shall not disclose to any officer, employee or agent of FieldWorks, Incorporated trade secrets and other confidential information owned by others and not licensed to FieldWorks, Incorporated.

3. I have examined and reviewed the Affidavit of Daniel J. Fitzsimmons that I signed and submitted in the matter entitled *SPX Corporation v. Daniel J. Fitzsimmons and*

*FieldWorks, Incorporated*, United States District Court, District of Minnesota, Case No. 00-CV-369 ADM/AJB. I represent and warrant to FieldWorks, Incorporated that the matters set forth in that Affidavit are true and correct.

4. Notwithstanding the representations I have made in paragraph 1 above, if anytime after the commencement of my employment at FieldWorks, Incorporated I discover that my job will place me in a situation where I will inevitably disclose confidential information entrusted to me by my former employer, I will not disclose that information and I will immediately inform my immediate supervisor in writing that the task at hand creates the risk of my inevitable disclosures of such confidential information. I understand that whenever FieldWorks, Incorporated receives such written notification from me it will not require me to do that task which in my judgment would require the inevitable disclosure of such information.

Date: 3/9/00

Daniel J. Fitzsimmons
Daniel Fitzsimmons

Accepted by:

Date: 3-09-00

Steve Wagner
Steve Wagner – Director HR

**MEMORANDUM**

To: Dave Mell, Karen Engebretson, Jim Chadbourne, Ken Gjerde, Chris Lacy, Ron Taylor

CC: Paul Penney, Dan Fitzsimmons

From: Steve Wagner

Re: Daniel Fitzsimmons Employment Policy

Date: May 31, 2000

---

FieldWorks, Incorporated has the following policies as they particularly relate to Daniel Fitzsimmons:

- FieldWorks, Incorporated does not accept receipt of or condone the use of trade secrets, confidential, or proprietary information, if any, owned by others and not licensed to FieldWorks, Incorporated. This includes, but is not limited to, SPX's product designs, manufacturing processes or costs, market studies, plans or strategies, and business or relationships with its automotive and non-automotive (e.g., agricultural, truck, recreational, military and marine) vehicle customers.

- Employees of FieldWorks, Incorporated are not to solicit from, or attempt to obtain from, Mr. Fitzsimmons, nor will Mr. Fitzsimmons disclose any trade secret, confidential, or proprietary information belonging to SPX Corporation, as defined above.

- Mr. Fitzsimmons' supervisor, Paul Penney, is designated to ensure compliance with this memorandum. If you, or to your knowledge, any other employee has participated in or overheard any conversation with Mr. Fitzsimmons disclosing SPX's trade secrets, confidential, or proprietary information, as defined above, immediately report this activity to Mr. Fitzsimmons' supervisor.